UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

|  |  |
|---|---|
| Julia Pennamacoor, *on behalf of herself and others similarly situated*, | Civil Action No.: 8:19-cv-493-EAK-JSS |
| Plaintiff, | |
| vs. | |
| I.Q. Data International, Inc. | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Julia Pennamacoor voluntarily dismisses this action, with each side to bear its own attorneys' fees and costs.

Date: March 13, 2019

*/s/ Michael L. Greenwald*
Michael L. Greenwald
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
Tel: (561) 826-5477
Fax: (561) 961-5684
mgreenwald@gdrlawfirm.com

Aaron D. Radbil
Greenwald Davidson Radbil PLLC
401 Congress Ave., Suite 1540
Austin, Texas 78701
Phone: (512) 803-1578
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

Counsel for Plaintiff

1

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed on March 13, 2019, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

/s/ *Michael L. Greenwald*
Michael L. Greenwald